# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2103
_____

AUGUSTUS ROSE JR.,

Appellant,

v.

C. MAIORANA, Warden, et al.,

Appellees.

_____

No. 1D2022-2105
_____

AUGUSTUS ROSE JR.,

Appellant,

v.

M. NEAL, et al.,

Appellees.

_____

No. 1D2022-2107
_____

AUGUSTUS ROSE JR.,

Appellant,

v.

S. DAVIS, et al.,

    Appellees.

_____

No. 1D2022-2108
_____

AUGUSTUS ROSE JR.,

    Appellant,

    v.

C. LEBRUN, et al.,

    Appellees.

_____

No. 1D2022-2109
_____

AUGUSTUS ROSE JR.,

    Appellant,

    v.

G. ENGLISH, et al.,

    Appellees.

_____

No. 1D2022-2110
_____

AUGUSTUS ROSE JR.,

    Appellant,

2

v.

R. BETHEA, et al.,

Appellees.

_____

No. 1D2022-2111

_____

AUGUSTUS ROSE JR.,

Appellant,

v.

C. COOPER, et al.,

Appellees.

_____

No. 1D2022-2112

_____

AUGUSTUS ROSE JR.,

Appellant,

v.

K. SHIELDS, et al.,

Appellees.

_____

No. 1D2022-2113

_____

AUGUSTUS ROSE JR.,

Appellants,

3

v.

J. HILDERBRAN, et al.,

    Appellees.

_____

No. 1D2022-2115
_____

AUGUSTUS ROSE JR.,

    Appellant,

v.

L. BERRIOS, M.D., et al.,

    Appellees.

_____

No. 1D2022-2117
_____

AUGUSTUS ROSE JR.,

    Appellant,

v.

O. MCGOWAN, et al.,

    Appellees.

_____

No. 1D2022-2118
_____

AUGUSTUS ROSE JR.,

4

Appellant,

v.

N. WALLACE, et al.,

Appellees.

_____

No. 1D2022-2119

_____

AUGUSTUS ROSE JR.,

Appellant,

v.

SGT. MURPHY, et al.,

Appellees.

_____

No. 1D2022-2120

_____

AUGUSTUS ROSE JR.,

Appellant,

v.

CHAPLAIN EDWARDS, et al.,

Appellees.

_____

No. 1D2022-2121

_____

AUGUSTUS ROSE JR.,

Appellant,

v.

CHAPLAIN BERRY, et al.,

Appellees.

_____

No. 1D2022-2122
_____

AUGUSTUS ROSE JR.,

Appellant,

v.

T. KEMP, et al.,

Appellees.

_____

No. 1D2022-2123
_____

AUGUSTUS ROSE JR.,

Appellant,

v.

J. SONDEREGGER, et al.,

Appellees.

_____

No. 1D2022-2125
_____

6

AUGUSTUS ROSE JR.,

    Appellant,

    v.

B. THOMPSON, et al.,

    Appellees.

_____

No. 1D2022-2126

_____

AUGUSTUS ROSE JR.,

    Appellant,

    v.

N. COOPER, et al.,

    Appellees.

_____

No. 1D2022-2130

_____

AUGUSTUS ROSE JR.,

    Appellant,

    v.

N. JOHNS, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.

7

J. Scott Duncan, Judge.

June 20, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Augustus Rose, Jr., pro se, Appellant.

Ashley Moody, Attorney General, and Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Appellees.